# 1: Cv 00-1883

(see instructions, page 1 of this form)

### FORMA PAUPERIS DECLARATION

I, __David KeBe__, do hereby certify that I am a citizen of the United States of America that because of my poverty I am unable to pay the costs of said suit or action; that I am unable to give security for the same: and that I believe I am entitled to the redress I seek in said suit or action.

I have in my prison account $00.

Executed at __Snyder county Prison, P.A. Silmagrove__
Name of Institution, City, and State

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __october 16, 2000__
Date


__KeBe David__
Signature of Petitioner

FILED
SCRANTON

OCT 25 2000

PER _____
DEPUTY CLERK

-9-

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

United States

v

David Kebe
_____
    Petitioner

### CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __00__ on account to his credit at the __Snyder County Prison__ institution where he is confined.

I further certify that petitioner likewise has the following securities to his credit according to the records of said __N/A__ institution:

_____

_____

_____

_____

*[signature]*
Authorized Officer of Institution

-10-

**Snyder County Prison**

Inmate Running Balance Down Report

Transactions from 06/01/2000 thru 10/16/2000

Today's Date: 10/16/2000

Page 1 of 2

Inmate Name: KEBE, DAVID   Booking#: 99-00080

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| 06/02/2000 12:59 | Deposit | 5.25 | TP | | WEEK ENDING 5-26 HALL WORKER | 7.04 | 80929 |
| 06/05/2000 03:04 | Withdrawal | -3.80 | CO | | COMMISSARY SUMMARY POSTING | 3.24 | 81293 |
| 06/09/2000 08:34 | Deposit | 5.25 | TP | | WEEK ENDING 6-2 HALL WORKER | 8.49 | 82048 |
| 06/12/2000 02:23 | Withdrawal | -7.00 | CO | | COMMISSARY SUMMARY POSTING | 1.49 | 82420 |
| 06/14/2000 10:52 | Deposit | 5.25 | TP | | WEEK ENDING 6-9 HALL WORKER | 6.74 | 82831 |
| 06/19/2000 02:15 | Withdrawal | -6.40 | CO | | COMMISSARY SUMMARY POSTING | .34 | 83317 |
| 06/21/2000 09:03 | Deposit | 5.25 | TP | | WEEK ENDING 6-16 HALL WORKER | 5.59 | 87150 |
| 06/26/2000 03:02 | Withdrawal | -5.10 | CO | | COMMISSARY SUMMARY POSTING | .49 | 87793 |
| 06/30/2000 10:12 | Deposit | 5.25 | TP | | WEEK ENDING 6-23 HALL WORKER | 5.74 | 88542 |
| 07/03/2000 01:25 | Withdrawal | -5.05 | CO | | COMMISSARY SUMMARY POSTING | .69 | 88941 |
| 07/06/2000 09:20 | Deposit | 5.25 | TP | | WEEK ENDING 6-303 | 5.94 | 89522 |
| 07/10/2000 01:11 | Withdrawal | -5.70 | CO | | COMMISSARY SUMMARY POSTING | .24 | 90151 |
| 07/12/2000 10:24 | Deposit | 5.25 | TP | | WEEK ENDING 7-7 HALL WORKER | 5.49 | 90656 |
| 07/12/2000 10:46 | Withdrawal | -.66 | MC | | POSTAGE / 2 LETTERS | 4.83 | 90690 |
| 07/17/2000 03:18 | Withdrawal | -2.50 | CO | | COMMISSARY SUMMARY POSTING | 2.33 | 91513 |
| 07/19/2000 11:54 | Deposit | 3.75 | TP | | WEEK ENDING 7-14 HALL WORKER | 6.08 | 92071 |
| 07/24/2000 03:22 | Withdrawal | -5.85 | CO | | COMMISSARY SUMMARY POSTING | .23 | 92935 |
| 08/03/2000 12:22 | Withdrawal | -.23 | PC | | 5.60 OWED .23 SEIZED | .00 | 94857 |
| 09/06/2000 14:14 | Deposit | 5.25 | TP | | WEEK ENDING 9-01 HALL WORKER | 5.25 | 99700 |
| 09/11/2000 04:12 | Withdrawal | -5.10 | CO | | COMMISSARY SUMMARY POSTING | .15 | 100401 |
| 09/11/2000 10:41 | Withdrawal | -.15 | MC | | POSTAGE DUE FOR $.66 | .00 | 100460 |
| 09/13/2000 13:15 | Deposit | 5.25 | TP | | WEEK ENDING 9-8 HALL WORKER | 5.25 | 100862 |
| 09/22/2000 09:52 | Deposit | 4.50 | TP | | WEEK ENDING 9-15 HALL WORKER | 9.75 | 102276 |
| 09/25/2000 03:01 | Withdrawal | -9.10 | CO | | COMMISSARY SUMMARY POSTING | .65 | 102740 |
| 09/27/2000 14:09 | Deposit | 4.50 | TP | | WEEK ENDING 9-22 HALL WORKER | 5.15 | 103294 |
| 09/29/2000 13:04 | Withdrawal | -.33 | MC | | POSTAGE STAMP | 4.82 | 103717 |
| 09/29/2000 13:06 | Withdrawal | -4.82 | PC | | SEIZED FOR 320 COPIES (48.00) | .00 | 103720 |
| 09/29/2000 13:13 | Withdrawal | -.45 | PC | | 3 COPIES | -.45 | 103730 |
| 10/02/2000 09:01 | Deposit | .45 | BC | | LEGAL PHOTO COPIES | .00 | 104214 |

Inmate Running Balance Detail Report

## Snyder County Prison

Transactions from 06/01/2000 thru 10/16/2000

Today's Date: 10/16/2000

Page 2 of 2

Inmate Name: KEBE, DAVID    Booking#: 99-00080

| Transaction Date/Time | Transaction Type | Transaction Amount | Code | Check# | Document Locator Number Deposit From/Withdrawal To | Running Balance | Receipt Number |
|---|---|---|---|---|---|---|---|
| | | | | | | 1.79 | |
| 10/04/2000 13:35 | Deposit | 2.25 | TP | | WEEK ENDING 9-29 HALL WORKER | 2.25 | 104516 |
| 10/05/2000 11:33 | Withdrawal | -2.25 | MC | | PURCHASE RADIO | .00 | 104677 |
| Total Withdrawals this Inmate | | -64.49 | | | Total Deposits This Inmate    62.70    Ending Balance    .00 | | |