IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DAVID KEBE,**
**Petitioner**

**v.**

**IMMIGRATION AND NATURALIZATION SERVICE,**
**Respondent.**

**CIVIL ACTION NO. 1:CV-00-1883**
**(Judge Kane)**

FILED
HARRISBURG, PA
APR - 5 2001
MARY E. D'ANDREA, CLERK
PER ______ DEPUTY CLERK

**ORDER**

**AND NOW**, this 5th day of Apr., 2001, upon consideration of Petitioner's Petition for Writ of Habeas Corpus, the Report and Recommendation of Magistrate Judge Blewitt, and Petitioner's objections thereto, **IT IS ORDERED THAT**:

1. Petitioner's Application to Proceed In Forma Pauperis is **GRANTED**.

2. The Clerk of Court is directed to serve a copy of the above-captioned Petition For Writ of Habeas Corpus, the Report and Recommendation of Magistrate Judge Blewitt, and Petitioner's objections thereto on Respondent and the United States Attorney.

3. Within twenty (20) days of the date of the Order, Respondent shall respond to the Petitioner's allegations in the petition and the objections to the Report and Recommendation.

4. A determination whether Petitioner shall be produced for a hearing will be held in abeyance pending submission of a response.

5. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

Yvette Kane
United States District Judge