UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

August 22, 2001

CLERK OF THE COURT
PRO-SE LITIGANTS
228 WALNUT STREET
HARRSIBURG, PA 17108

RE: DAVID KEBE
    1:CV-00-1883

Dear Clerk:

On August 2, 2001, I sent a Motion For Relief From Judgment Pursuant to Rule 60(b) in reference to my habeas corpus petition 8 U.S.C. §2241, as a pro se litigant, I want to ask you if that motion was an appropiate course of action, or if I rather should have file a new habeas corpus petition?

If the court, sua sponte, decides to entertain my motion as a new petition, when and how will I approximately find out?

If the court decides to entertain my motion under rule 60, what should I expect as far as what action from the court?

Finally I will like to ask you to please confirm me that the court did receive my motion. There has been a couple of problems with our legal mail at the prison, and I want to have a peace of mind knowing for sure that my motion has been received.

I appreciate your attention and hope to hear from you soon.

Truly,

DAVID KEBE
# 99-00080
SNYDER COUNTY PRISON
600 OLD COLONY ROAD
SELINSGROVE, PA 17870