IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID KEBE,<br>    Petitioner | : | CIVIL ACTION NO. 1:CV-00-1883 |
| v. | : | (Judge Kane) |
| IMMIGRATION AND<br>NATURALIZATION SERVICE,<br>    Respondent | : | |

FILED
HARRISBURG, PA
AUG 31 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

Petitioner in the above-captioned case has filed a motion to reconsider the decision of this Court to deny his petition for a writ of habeas corpus pursuant to Fed. R. Civ. P. 60. This Court has also received a letter from the Petitioner requesting confirmation of receipt of his motion. The Court has, in fact, received the motion to reconsider, but has not received a brief in support of said motion, which should detail why the Petitioner believes he is in the class of people affected by the Supreme Court's recent decision in Zadvydas v. Davis, — U.S. —, 121 S. Ct. 2491 (June 28, 2001), as well as any other facts or issues the Petitioner believes pertinent to the decision of the Court. Should Petitioner fail to file a supporting brief, pursuant to Local Rule 7.5 this Court will deem the motion to reconsider withdrawn.

Therefore, **IT IS ORDERED THAT** Plaintiff shall have fifteen (15) days from the date of this Order to file a brief in support of his motion for reconsideration. Should Petitioner fail to file such a brief, the Court will automatically deem the motion withdrawn.

_____
Yvette Kane
United States District Judge

Dated: August 30, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

August 31, 2001

Re:  1:00-cv-01883    Kebe v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk to the following:

```
David Kebe
CTY-SNY
Snyder County Jail
9900080
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108
```

```
cc:
Judge                        (✓)          ( ) Pro Se Law Clerk
Magistrate Judge             ( )          ( ) INS
U.S. Marshal                 ( )          ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to: US Atty Gen  ( )    PA Atty Gen ( )
                                     DA of County ( )    Respondents ( )
Bankruptcy Court             ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

8-31-01