ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID KEBE, | : | |
| Petitioner | : | No.  1:CV-00-1883 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| IMMIGRATION AND NATURALIZATION | : | (Magistrate Judge |
| SERVICE, | : | Blewitt) |
| Respondent | : | |

RESPONSE TO
MOTION TO AMEND

FILED
HARRISBURG
OCT 2 9 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

On or about October 15, 2001, petitioner filed his Motion for Leave to Amend. This appears to be a motion to amend his pending motion for relief from judgment or reconsideration of the Court's Mary 23, 2001, Order denying his Petition for Writ of Habeas Corpus.

Respondent INS has no objection to allowing Mr. Kebe to amend his motion. Respondent's legal position on the merits of the motion for reconsideration is set forth in its Response to Motion for Relief from Judgment, filed on September 10, 2001.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

_____
MARY CATHERINE FRYE
Assistant United States Attorney
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA   17108-1754
(717) 221-4482

Date: October 29, 2001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

On this 29th day of October, 2001, she served a copy of the foregoing document by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

        David Kebe
        #99-00080
        Snyder County Prison
        600 Old Colony Road
        Selinsgrove, PA 17870

*Kathy Enders*
KATHY ENDERS
Legal Secretary