(24)

REFUSED

RETURN TO SENDER

NO LONGER INCARCERATED

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
☒ OTHER

RTS
RETURN TO SENDER

U.S. OFFICIAL MAIL

**FILED**
HARRISBURG

JAN 3 1 2002

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300