UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID KEBE         :
              :
   Petitioner,     : 1:CV-00-1883
              :
              : (Judge Kane)
              :
IMMIGRATION AND NATURALIZATION :
SERVICE          :
              :
   Respondent     :

O R D E R

FILED
HARRISBURG

FEB 22 2002

MARY E. D'ANDREA, CLERK
Per_____
   DEPUTY CLERK

NOW this _22nd_ day of _Feb_, 2002 IT IS HEREBY ORDERED THAT:

   1. Respondent's Motion is granted; and

   2. A response to the Petition for Writ of Habeas Corpus must be filed within ten (10) days.

                _/s/ Kane_
                YVETTE KANE,
                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

February 22, 2002

Re:  1:00-cv-01883    Kebe v. Immigration and Natu

True and correct copies of the attached were mailed by the clerk to the following:

    David Kebe
    CTY-SNY
    Snyder County Jail
    9900080
    600 Old Colony Rd.
    Selinsgrove, PA   17870-8610

    Dulce Donovan, Esq.
    U.S. Attorney's Office
    228 Walnut Street
    P.O. Box 11754
    Harrisburg, PA   17108

    Mary Catherine Frye, Esq.
    U.S. Attorney's Office
    Room 217 Federal Building
    228  Walnut St.
    Harrisburg, PA   17108

```
cc:
Judge                            ( ✓ )         ( ) Pro Se Law Clerk
Magistrate Judge                 ( )           ( ) INS
U.S. Marshal                     ( )           ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )    with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( )    with Petition attached & mailed certified mail
```