OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
HARRISBURG
FEB 2 8 2002
MARY E. D'ANDREA, CLERK
Per ___ DEPUTY CLERK

NO LONGER INCARCERATED
RETURN TO SENDER

17870+8610 06


RTS
RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
 - UNABLE TO FORWARD
☒ OTHER

A
C
S

REFUSED



HARRISBURG
02-22-02
PA

U.S. OFFICIAL MAIL
U.S. POSTAGE
PENALTY FOR PRIVATE USE $300
$00.340
METER 560023