IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID KEBE, | : | CIVIL ACTION NO. 1:CV-00-1883 |
|     Petitioner | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| IMMIGRATION AND | : | |
| NATURALIZATION SERVICE, | : | |
|     Respondent | : | |

**FILED**
HARRISBURG

MAR 1 2 2002

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

**ORDER**

The Orders of this Court dated January 23, 2002, and February 22, 2002, were sent to petitioner, and returned, marked "Return to Sender - No Longer Incarcerated." The Court has since learned that Petitioner was released by the Snyder County Jail on January 22, 2002, and has been incarcerated instead at the Berks County Prison. It is Petitioner's responsibility to inform the Court of a change in his address. However, before the Court issues its final decision on Petitioner's motion for reconsideration, the Court will grant Petitioner an opportunity to respond to the Government's brief. **THEREFORE, IT IS ORDERED THAT**:

1. The Clerk of Court is directed to serve a copy of the following on Petitioner at Berks County Prison:

    (a) January 23, 2002 Order;
    (b) February 22, 2002 Order; and
    (c) Government's March 1, 2002 supplemental brief.

2. Petitioner shall have 20 days from the date of this Order to file a reply.

                                                            Yvette Kane
                                                            United States District Judge

Dated: March 11, 2002.