OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, P.A. 17108

OFFICIAL BUSINESS

**FILED**
HARRISBURG, PA

MAR 18 2002

MARY E. D'ANDREA, CLERK
Per _____

**RTS** RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER

**FILED**
HARRISBURG, PA

MAR 18 2002

MARY E. D'ANDREA, CLERK
Per _____

03-11-02

U.S. OFFICIAL MAIL
METER N 590023
$0.570
FOR PRIVATE USE $300

with the Clerk's Office in which
not file any courtesy copies

CLERK'S OFFICE ADDRESS:

U.S. District Court
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

U.S. District Court
240 West Third Street
Suite 218
Williamsport, PA 17701