In The United states District court
For the Middle District of Pennsylvania

David Kebe

    Petitioner

vs

Immigration and Naturalization Service,

    Respondent.

No. 1:CV-00-1883

(Judge Kane)

FILED
HARRISBURG, PA
APR 0 2 2002
MARY E. D'AN_____ CLERK
Per _____

This letter is to inform the clerk that I have been Transferred again since January this is my 3rd Transferd.
I was in the Hospital since February and I am still awaiting the Ruling of my motion for Reconsideration.
this is my new Adress

David Kebe
S/ Berks county Prison.
1287 county Welfare Road
Leesport, Pa 19.533.93.97

Thank you very much for your attention.

Sincerely
Kebe David

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Purcell Bronson, et al
    Plaintiff

    v.

Martin F. Horn, et al
    Defendants

: C.A. No. 3:CV-01-0026
:
: (Judge Caputo)
:
: (Mag. Judge Smyser)
:

FILED
HARRISBURG PA
APR 0 2 2002
MARY E. D'ANDREA, CLK
Per _____

## PLAINTIFF'S DECLARATION IN SUPPORT OF HIS MOTION FOR A TRO/PRELIMINARY INJUNCTION

Plaintiff hereby states that the following is true and correct:

    1. Lt. Stafford has lied to this Court, in that, Deputy Superintendent Dickson and Deputy Superintendent Stickman have stated that DC-ADM 802-10 & 801-10 dated Oct 5, 2001 does not apply to LTSU prisoners.

    2. Defendants have further refused to allow plaintiff weekly access to his property, once a week, even though he has had the Office of Chief Counsel verify that plaintiff has more than one box of active legal material. In other words defendants have <u>refused</u> to exercise their discretion.

    3. Lt. Stafford has further lied to this Court when he intentionally states that the Exhibit-A states "exchange their legal material on a one for one box basis." There is no such statement in said policy.

    4. Plaintiff has numerous exhibits that defendants have seized and placed on the LTSU property shelves, exhibit that are relevent to this case, and exceed one record center box, and they will not release them due to this fact. Therefore, plaintiff cannot file exhibits in support of his motion or this declaration.

    I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 26 day of March 2002.

    Respectfully submitted,

    */s/ Purcell Bronson*
    Purcell Bronson
    P.O. Box 99901
    Pitts, Pa. 15233

CERTIFICATE OF SERVICE

I, Purcell Bronson, hereby certify that I caused the foregoing pleading to be served upon the below named party this 27th day of March 2002, by depositing a copy of same in the prison mail box first class mail postage paid addressed to:

        Raymond W. Dorian
        Asst. Counsel
        Office of Chief Counsel
        55 Utley Dr.
        Camp Hill, Pa. 17011

By: _____
      Purcell Bronson