Clerk of Court.
United States District Court. P.O. Box 1060,
228 Walnut Street, Harrisburg, PA 17108.

ORIGINAL

David Kebe
   Petitioner

Vs

Immigration and Naturalization Service. (INS)
   Respondent.

Civil Action N°: 1CV-00-1883

(Judge Kane)

FILED
HARRISBURG, PA
MAY 08 2002
MARY E. D'ANDREA, CL
Per _____ Deputy Clerk

## Motion for Appointement of Counsel.

Now comes Petitioner, Pro-se and respectfully ask this honorable court to grant him a counsel.

### Introduction

This Honorable is familiar with the background of this case therefore, Petitioner will not address any unnecessary information and will proceed directly to the argument.

Petitioner, David Kebe has been under detention since February 12 awaiting deportation. On August 02/2002 petitioner filed a motion for Reconsideration of a denial in a Prior habeas corpus Petition. Petitioner later filed a motion to amend the Motion for Reconsideration which was granted. INS in Response to Petiti Motion for Reconsideration concede that Zadvydas is applic in Petitioner's case.

Petitioner is Pending the Judgement of the court.

the Supreme court considered that indefinite detention for more than six months was unconstitutional, left alone (3 years) ZADVYDAS VS DAVID. 121 SCt 2491-2505 (June 28. 2001).

At this point in time, it is my motion before this honorable court seeking Assistance of counsel.

Because I believe that my Due process Right is violated. Also my need of counsel is focused on my current status. I do not have any family or friends in this country that I can Turn for help.

## Conclusion.

Wherefore, for the Above Reasons, Petitioner respectfully Request that this honorable court grant him a counsel. I've Attached a financial Affidavit.

Dated May 03-2002.

Respectfully Submitted

David Kebe

David Kebe
Berks county Prison
1287 county Welfare Road
Leesport, PA. 19533-9397

(2)

01/11/02 FRI 16:09 FAX 717 782 3881    FED PUB DEE HBG    ☒00

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: United States vs. ___
FOR: Middle District of Pennsylvania
AT: Select location

LOCATION NUMBER: 1CV-00 1883

PERSON REPRESENTED (Show your full name): David Kebe

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
8 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →):
☐ Felony
☒ Misdemeanor

DOCKET NUMBERS:
Magistrate:
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___ THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ ___ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED
Total No. of Dependents: ___
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) MAY 03 2002

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ David Kebe

# FEDERAL PUBLIC DEFENDER

MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 306
HARRISBURG, PENNSYLVANIA 17101-2540
TELEPHONE: (717) 782-2237
FAX: (717) 782-3881

**FEDERAL PUBLIC DEFENDER**
JAMES V. WADE

**ASSISTANT FEDERAL DEFENDERS**
DANIEL I. SIEGEL
LORI J. ULRICH
THOMAS A. THORNTON

May 1, 2002

David Kebe
BCP #666
Housing Unit C101
Berks County Prison
1287 County Welfare Road
Leesport, PA 19533-9397

Dear Mr. Kebe:

    I received your Motion for Appointment of Counsel on April 18, 2002. It is clear that you are seeking assistance of counsel from the Federal Public Defender's Office. However, your motion should be filed with the Clerk of Court for the Middle District of Pennsylvania, not this office. The appointment of counsel is at the discretion of the court. In other words, the court may appoint counsel in your situation; however, there is nothing in the law to require the appointment of counsel. I may only be appointed to a case by the court. I cannot appoint myself to a case.

    You should send your motion to the following address for filing: Clerk Of Court, United States District Court, P.O. Box 1060, 228 Walnut Street, Harrisburg, PA 17108.

Sincerely,

James V. Wade
Federal Public Defender

JVW/hnl