

## Return Receipt

| | |
|---|---|
| Your document: | Notice of Appeal   1:00-cv-1883 |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 09/23/2002 03:40:09 PM |

**FILED**
HARRISBURG, PA
SEP 2 3 2002
MARY E. D'ANDREA, CLERK
Per _____