OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

# United States Court of Appeals

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-(____)

September 27, 2002

**NOTICE OF DOCKETING OF APPEAL**
DAVID KEBE

v.

**IMMIGRATION AND NATURALIZATION SERVICE**

**No.: (DC No. 00-cv-1883)**

**(Honorable Yvette Kane)**

An appeal by **(David Kebe)** was filed in the above-caption case on (September 27, 2002), and docketed in this Court on (September 27, 2002), at No. **(02-3632)**.

Kindly use the Appeals Docket No. **(02-3632)** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **(Susan M. Acerba** at (Susan M. Acerba)@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**