Case No. 02-3632

DAVID KEBE,

        Appellant

v.

IMMIGRATION & NATURALIZATION SERVICE

FILED
HARRISBURG, PA
OCT 1 1 2002
MARY E. D'ANDREA, CLERK
Per _____

00-CV-1883

Mary E D'Andrea, Clerk.

Please I would like to let you Know that I have been Transfered from D109 to A208 my new house Unit is A208.

        Thank you very much for your Attention.

        Kebe David.

David Kebe
Berks county Prison.
1287 county welfare Road
Leesport, PA. 19533
02-666-A208