# UNITED STATES DISTRICT COURT

Middle District of Pennsylvania

ORIGINAL

David Kebe, ( 
 ( 
Petitioner/Appellant ( 
 ( 
v. ( 
 ( 
Immigration and ( 
Naturalization Service, ( 
 ( 
Respondents/ ( 
Appellees (

**CIVIL NO.** 00-cv-01883

(Judge Kane)

**FILED**
**HARRISBURG, PA**

OCT 1 1 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## APPLICATION TO PROCEED IN FORMA PAUPERIS





I, David Kebe, declare that I am the Petitioner in the above proceeding. In support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor. I believe that I am entitled to relief. My issues on appeal are the unconstitutional detention pursuant to Section 1231(a)(6).

In further support of this application, I answer the following questions:

1) I am not presently employed. I have been incarcerated since 1999

2) The only money that I have received within the past twelve months has been from gifts.

I have received gifts from my family for about ∅ -dollars in the past twelve months.

I have not received money from any other source.

3) The only money that I own is that on my prison account. I have not other money in savings, neither checking, nor other accounts.

4) I do not own any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property.

5) I have ∅ persons that depend on me.

I declare under penalty that the foregoing is true and correct.

Executed on Oct 3, 2002.

David Kebe

3

## PRISON ACCOUNT CERTIFICATE

I certify that the applicant, David Kebe, named herein has the sum of
$ ∅ on account to his credit at the Berks County Prison
where he is confined. I further certify that the applicant likewise has the
following securities to his credit according to the records of said institution
_____ . I further certify that during the last six months, or the
time of his confinement here if less than six months, the applicant's average
balance was $ N/A .

James C. Koch T/n 10/3/02
_____
Officer Name and Title.

Dated     Oct 03, 2002

Signature     [signature]

### COURT ORDER

| | |
|---|---|
| The application is hereby denied.<br><br><br><br><br>_____<br>United States Judge   Date | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.<br>_____<br>United States Judge   Date |

# Affidavit accompanying Motion for Permission to Appeal In Forma Pauperis

United States District Court for the ~~Eastern~~ Middle of Pennsylvania

David Kebe,
Petitioner/Appellant

v.

Immigration and Naturalization Service,
Respondents/Appellees

D.C. Case No. 00-CV-01883

Third Cir. No. 02-3632

FILED
HARRISBURG, PA

OCT 1 1 2002

MARY E. D'ANDREA, CLERK
Per [signature]
Deputy Clerk

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I sear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621) | Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number. |
| Signed: [signature] | Date: Oct 3 . 2002 |

**My issues on Appeal are:** INS' indefinite detention pursuant to section 1231(a)(6) is unconstitutional as applied to Petitioner's case.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | You |
| Employment | $ Ø | $ Ø |
| Self-Employment | $ Ø | $ Ø |
| Income from real property (such as rental income) | $ Ø | $ Ø |
| Interest and Dividends | $ Ø | $ Ø |
| Gifts | $ Ø | $ Ø |
| Alimony | $ Ø | $ Ø |
| Child Support | $ Ø | $ Ø |
| Retirement (such as social security, pensions, annuities, insurance) | $ Ø | $ Ø |
| Unemployment payments | $ Ø | $ Ø |
| Disability (such as social security, insurance payments) | $ Ø | $ Ø |
| Public Assistance (such as welfare) | $ Ø | $ Ø |
| Other (specify): ________ | $ Ø | $ Ø |
| **Total monthly income** | $ Ø | $ Ø |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | Incarcerated for the past 4 years. | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ 0 | $ 0 |
| | | $ 0 | $ 0 |
| | | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.

3

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

**Home** **(Value)**

N/A

**Other real estate** **(Value)**

N/A

**Motor Vehicle # 1** **(Value)**

Make & year: N/A

Model: ____

Registration # : ____

**Motor Vehicle # 2** **(Value)**

Make & year: N/A

Model: ____

Registration # : ____

**Other assets** **(Value)**

**Other assets** **(Value)**

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| N/A | Ø | Ø |

7. State the persons who rely on you or your spouse for support.

| **Name** | **Relationship** | **Age** |
| --- | --- | --- |
| N/A | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home)<br>Are real estate taxed included? ☐ yes ☐ no<br>Is property insurance included? ☐ yes ☐ no | $ Ø | $ Ø |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ Ø | $ Ø |
| Home maintenance (repairs and upkeep) | $ Ø | $ Ø |
| Food | $ Ø | $ Ø |
| Clothing | $ Ø | $ Ø |
| Laundry and dry-cleaning | $ Ø | $ Ø |
| Medical and dental expenses | $ Ø | $ Ø |
| Transportation (not including motor vehicle payments) | $ Ø | $ Ø |
| Recreation, entertainment, newspapers, magazines, etc. | $ Ø | $ Ø |
| Insurance (not deducted from wages or included in mortgage payments) | $ Ø | $ Ø |
| Homeowners or renters | $ Ø | $ Ø |
| Life | $ Ø | $ Ø |
| Health | $ Ø | $ Ø |
| Motor Vehicle | $ Ø | $ Ø |
| Other: ______ | $ Ø | $ Ø |
| Taxes (not deducted from wages or included in mortgage payments)(specify): ______ | $ Ø | $ Ø |

7

Rev: 3-23-99

11. Have you paid _____ Or will you be paying _____ anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

☐ Yes    ☒ No    If yes, how much? $ _____

If yes state the person's name, address and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Indigent with no family in the United States. Incarcerated for the past 4 years

13. State the address of your legal residence.

Berks County Prison
1287 County Welfare Road, Leesport PA 19533-9302

Your daytime telephone number: (__) N/A

Your age: 36    Your years of Schooling: 20

Your social security number: N/A



USA 37

U.S. OFFICIAL MAIL

PENALTY FOR PRIVATE USE $300

U.S. POSTAGE
PB METER
8504003

≡ 0.92 ≡

LEESPORT PA
OCT-7'02

LEESPORT PA
USPS
2002
OCT
3
100
19533

Legal MAil

Office of the Clerk

United States district court for the

Middle of Pennsylvania,

228 Walnut Street P.O. Box 98.

FILED
HARRISBURG, PA

OCT 11 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Legal MAiL

Name: Kese DAVid
BCP# 02-560   A268
Housing Unit: _____
Berks County Prison
1287 County Welfare Road
Leesport, PA 19533-9397