# ORIGINAL

**Return Receipt**

| | |
|---|---|
| Your document: | 1st Supplemental 1:00-cv-1883 |
| was received by: | Lynn Lopez/CA03/03/USCOURTS |
| at: | 10/17/2002 11:12:04 AM |

(42)
RB 10/17/

**FILED**
HARRISBURG, PA

OCT 1 7 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk