CC: J. Blanc & M.J. Blewitt

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

215-5

Middle - Harrisburgh
_____  Clerk of District Court
(District)

Kebe v. INS
_____
(Caption)

David Kebe
_____
(Appellants)

00-cv-1883
_____
(D.C. No.)

October 18, 2002
Date_____

02-3632
C. of A. No._____

Enclosures:
October 18, 2002
_____ Certified copy of C. of A. Order by the Clerk
(Date)

RECEIVED OCT 23 2002 PER HARRISBURG DEPUTY CLERK

____X____   Released on Racer (Record)

_____   Copy of this form to acknowledge receipt and return to C. of A.

_____   Record not released at this time until appeal(s) closed at No.(s)_____

_____   Please forward Certified List in Lieu of Record to this office.

_____   The certified copy of order issued as the mandate on_____
            is recalled.

                              Susan M. Acerba                    4920
                              _____  (267)-299-_____
                              Deputy Clerk      Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

O:\FORMS\CASEMGMT\Record Release.wpd

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-3632

Kebe

vs.

INS

David Kebe #666-D109, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-01883)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Marcia M. Waldron

Acting Clerk

Date: October 18, 2002

cc:
David Kebe #666-D109
Mary C. Frye, Esq.
Dulce Donovan, Esq.
Thomas W. Hussey, Esq.
John Ashcroft

A TRUE COPY:
Kathleen Brown
ACTING CLERK

FILED
HARRISBURG, PA
OCT 2 3 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk