FILED
HARRISBURG, PA

OCT 24 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

JUDGE'S COPY

DAVID KEBE #02-666
BERKS COUNTY PRISON
1287 COUNTY WELFARE ROAD
LEESPORT, PA 19533

OCTOBER 21, 2002

MARY E. D'ANDREA, DEP. CLERK
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RE: KEBE vs. INS, CASE # 00-CV-01883,
    # 02-3632

DEAR DEPUTY CLERK:

    I RECEIVED A LETTER TODAY FROM MS. WALDON, ACTING CLERK FOR THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT INFORMING ME THAT THE ABOVE-ENTITLED CASE IS DISMISSED FOR FAILURE TO TIMELY PROSECUTE PURSUANT TO RULE 3(a) OF THE FEDERAL RULES OF APPELLATE PROCEDURE.

    I ASSERT UNDER PERJURY THAT I DID FILE THE MOTION TO PROCEED IN FORMA PAUPERIS ON OCTOBER 3, 2002 TO THE FEDERAL DISTRICT COURT AS REQUIRED AND THE CLERK THEN FILED TO THE THIRD CIRCUIT ON OCTOBER 11, 2002. I DO NOT UNDERSTAND THIS DECISION TO BE UNTIMELY?

    KINDLY HELP ME LOOK INTO THIS MATTER AND CORRECT WHATEVER ERROR NOT ARISING FROM MY PART.

SINCERELY
[signature]
DAVID KEBE