OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Middle-Harrisburg

_____ Clerk of District Court          Date____October 22, 2002

Kebe v. INS
                                                         C. of A. No. 02-3632
_____
     (Caption)
David Kebe

_____
     (Appellants)
00-cv-01883
_____
     (D.C. No.)

RECEIVED
HARRISBURG, PA
NOV 05 2002
MARY E. D'ANDREA, CLERK
Per _____

Enclosures:
October 22, 2002
_____ Certified copy of C. of A. Order by the Clerk
     (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
           is recalled.

                                        Susan M. Acerba              4920
                                        _____  (267)-299-_____
                                        Deputy Clerk    Telephone Number

Receipt Acknowledge:

____acknd____
     (Name)
____11/5/02  BTS____
     (Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

O:\FORMS\CASEMGMT\Record Release.wpd

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-3632

Kebe

vs.

INS

FILED
HARRISBURG, PA

NOV 0 5 2002

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

David Kebe #666-D109, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-01883)

O R D E R

It is **ORDERED** that the Clerk's order dated **10/18/02**, which dismissed the appeal for failure to timely prosecute in the above-entitled case, be and the same is hereby vacated and the appeal is reinstated.

It is **FURTHER ORDERED** that the certified order issued as the mandate on **10/18/02** be and hereby is recalled.

For the Court,

*Marcia M. Waldron*

Clerk

Date: October 22, 2002

cc:
　　　David Kebe #666-D109
　　　Mary C. Frye, Esq.
　　　Dulce Donovan, Esq.
　　　Thomas W. Hussey, Esq.
　　　John Ashcroft

A TRUE COPY:

*Kathleen Brouwer*
Kathleen Brouwer,
Chief Deputy Clerk