OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

_Middle-Harrisburg_     Clerk of District Court          Date _12/18/02_

   (District)

_Kebe v. Atty Gen_                                  C. A. No. _____02-3632_____

   (Caption)

        _David Kebe_

   (Appellants)

               _00-cv-01883_

   (D.C. No.)

Enclosures:
December 18, 2002

_____Certified copy of C. of A. Order by the Clerk

   (Date)

DEC 20 2002

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
              is recalled.

                     _Susan M. Acerba_      (267)-299- _4920_

                     Deputy Clerk        Telephone Number

Receipt Acknowledge:

_____

   (Name)

_____

   (Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

O:\FORMS\CASEMGMT\Record Release.wpd



**EPS-072**                                                    December 17, 2002
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 02-3632

Kebe v. Attorney General
(M.D. Pa. No. 00-cv-01883)

**FILED**
HARRISBURG, PA

DEC 2 0 2002

MARY E. D'ANDREA, CLERK
Per _____

To:  Clerk

1)  Letter Dated December 12, 2002 in Regard to Motion for Leave to Proceed
    In Forma Pauperis

---

        Based on the Motion filed in the District Court, the appellant is granted to
proceed in the appeal in forma pauperis.  The appeal will be submitted to a panel of the
Court for determination under 28 U.S.C. § 1915(e)(2).  The Court also will consider any
other appropriate action, such as summary affirmance of the order of the District Court.
See Third Circuit Internal Operating Procedures Chap. 10.6.  A briefing schedule will
not be issued until after those preliminary determinations are made.

For the Court,

*Marcus M. Waldron*

_____
Clerk

Dated:  December 18, 2002
SMA:CC:TO: DK, DEB    A TRUE COPY:

*Kathleen Brouwer*
Kathleen Brouwer,
Chief Deputy Clerk