APS-318

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

NO. 02-3632

DAVID KEBE,

Appellant

v.

IMMIGRATION & NATURALIZATION SERVICE

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 00-cv-01883)
District Judge: Honorable Yvette Kane

Submitted For Possible Summary Action Under Third Circuit LAR 27.4 and I.O.P. 10.6
September 11, 2003

Before: SLOVITER, McKEE and SMITH, Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted for possible summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the judgment of the district court entered September 12, 2002 be and the same is hereby affirmed. All of the above in accordance with the opinion of this court.

ATTEST:

*Marcio M. Waldron*

Clerk

DATED: October 22, 2003

Certified as a true copy and issued in lieu of a formal mandate on ___DEC -3 2003___

Teste: *Marcio M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit